

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Overruled by O-2512-A

Prairie View State Normal and Industrial College
Prairie View, Texas

Gentlemen:                    Attention: Wm. E. Wiggins

Opinion No. O-2512
Re: Completion of required courses
in government by students in
state supported colleges or
universities prior to gradua-
tion.

　　　　This will acknowledge receipt of your letter of
June 29, 1940, requesting the opinion of this department on
the following matter:

　　　　"A student who completed three (3) semester
hours in Constitutional History by correspondence
from Prairie View State College prior to Septem-
ber 1, 1937 is applying for the Master of Science
Degree, the bachelor's degree having been obtained
in a college outside the State and no credit in
American Government having been completed. The
question which is specifically our concern is
whether the completion of this course by corres-
pondence will exempt the student from the govern-
ment requirements as stated in the law."

　　　　Article 2663b-1, Vernon's Annotated Civil Statutes,
Acts 1937, 45th Leg., p. 482, ch. 244, #1; as amended, Acts
1939, 46th Leg., H. B. No. 617, § 1, reads as follows:

　　　　"Sec. 4. No person hereafter shall be certi-
fied to teach in the public schools of the State
of Texas until he has secured credit for the
course in both Federal and State Constitutions of
the grade of instruction upon which he is apply-
ing for the certificate, that is either of the
subcollege or of the college work; or in lieu
thereof shall have passed an examination set by

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

the State Superintendent of Public Instruction on the Constitutions of the United States and Texas; provided, that any person who has to his credit in any standard college or university of Texas as much as six (6) hours of American Government shall be deemed to have met the requirements of this Section. Provided further, that after September 1, 1937, no student shall be certified for graduation from any tax supported State educational institution with the award of a college degree unless such student shall have completed theretofore in a standard college or university at least six (6) hours for credit in the governments of the State of Texas or of the United States of America, or the equivalent in both; or shall have completed at least three (3) hours of said credit in Government and at least three (3) hours of credit in a course in Military Science as provided in an approved senior R. O. T. C. unit." (Underlining ours)

It is apparent that under Article 2663b-1, as amended in 1939, no student may be certified for graduation with the award of a college degree until he shall have completed at least six hours for credit in the governments of the State of Texas or of the United States of America, or the equivalent of both; or until he shall have completed at least three hours of said credit in government and at least three hours of credit in a course in Military Science as provided for in an approved senior R. O. T. C. unit. This the student mentioned in your letter of June 29, 1940, has failed to do.

It is therefore the opinion of this department and you are respectfully advised that under Section 4 of Article 2663b-1, Vernon's Annotated Civil Statutes, a student who has completed only three hours in Constitutional History by correspondence from the Prairie View State Normal and Industrial College is not entitled to his Master of Science degree until he shall have completed three additional hours for credit in the government of the State of Texas or of the United States of America; or shall have completed at least three additional hours of credit in a course in Military Science as provided in an approved senior R. O. T. C. unit.

Very truly yours

APPROVED JUL 20, 1940

FIRST ASSISTANT
ATTORNEY GENERAL
JDS:GO

ATTORNEY GENERAL OF TEXAS

By _James D. Smullen_
James D. Smullen
Assistant

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN